*Denis* for the plaintiffs, *Peirce & Eustis* for the defendants.

---

## CALDWELL vs. TOWNSEND & AL.

Nothing can be assigned as error apparent, which depends on the facts of a case.

APPEAL from the court of the parish and city of New-Orleans.

MATTHEWS, J. delivered the opinion of the

court. This suit was commenced by attach-
ment, in which Millaudon is made garnishee,
and interrogated as to the possession of funds
belonging to the defendant or being indebted
to him. The answers to the interrogatories,
by the garnishee, contain an absolute denial of
any funds in his hands, and of being in any
manner indebted to the defendant. The plain-
tiff, after the return of these answers, applied to
the court below for a commission to take testi-
mony in New York for the purpose of falsify-
ing the oath of the garnishee. The commis-
sion was refused, and no bill of exceptions was
taken to the opinion of the court, in this re-
spect pronounced; neither was it directly ap-
pealed from as being an interlocutory decree
which caused an important injury. The cause
proceeded to final judgment, by which the
parish court dismissed the suit, on the ground
that no property had been found to support the
suit, and from this judgment the plaintiff ap-
pealed.

The record does not exhibit a statement of
facts or any thing thereto equivalent; nor does
it contain any bill of exceptions. To supply
these deficiencies the appellant wishes to as-
sign as matter of error apparent on the face of

*Eastern Dist April, 1828.*

CALDWELL
*vs.*
TOWNSEND
& AL.

the record the opinion of the court by which the commission to take testimony was refused. This we think cannot be legally done. It has been repeatedly decreed by this court that nothing can be assigned as error apparent, which depends on the facts of a case, and might have been supplied by evidence or admissions, which cannot appear except by statement of facts, testimony taken down in writing, or bill of exceptions. Now, in the present case, the garnishee may have offered to admit all the facts disclosed by the affidavit of the plaintiff as a basis for the commission denied; but whether such offer was made or not, cannot appear, on account of the imperfect state of the record.

It is therefore ordered, adjudged and decreed, that the judgment of the parish court be affirmed with costs.

*Conrad & Grymes* for the defendants.